UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

BRIAN L. WYLIE,

    Plaintiff,

v.                                  Case No. 05-CV-71945-DT

KEITH OVERBY and M.J. HOUCK, in their
Individual Capacities,

    Defendants.

                                        /

## JUDGMENT

In accordance with the court's April 14th, 2006 "Order Granting Defendants' 'Motion to Dismiss Or For Summary Judgment,'" in which the court entered judgment for Defendants,

IT IS ORDERED that Judgment is entered in favor of Defendants Keith Overby and M.J. Houck and against Plaintiff Brian Wylie. Dated at Detroit, Michigan, this 14th day of April 2006.

                                                DAVID J. WEAVER
                                                CLERK OF THE COURT


                                       BY: s/Lisa G. Wagner
                                             Lisa Wagner, Deputy Clerk
                                             and Case Manager to
                                             Judge Robert H. Cleland


S:\Cleland\JUDGE'S DESK\Odd Orders\05-71945.WYLIE.judgment.wpd